1 | RICHARD A. BESHWATE, JR.,  SBN: 179782
2 | Attorney at Law
  | 1330 L Street   Suite D
3 | Fresno CA 93721
  | (559) 266-5000
4 |
5 | Attorney for Defendant
  | EDDIE SERNA
6 |
7 | UNITED STATES DISTRICT COURT
8 | FOR THE EASTERN DISTRICT OF CALIFORNIA
9 |
10 | UNITED STATES OF AMERICA,         Case No.  1:22CR00246-1
11 |              Plaintiff,
12 |         v.                         STIPULATION AND ORDER TO
   |                                    CONTINUE HEARING
13 | EDDIE SERNA,
14 |              Defendant.
15 |
16 |     IT IS HEREBY STIPULATED by and between the parties hereto through their respective
17 | counsel, RICHARD A. BESHWATE, JR. attorney for Defendant EDDIE SERNA, and
18 | STEPHANIE STOCKMAN, Assistant U.S. Attorney for Plaintiff, that the hearing currently
19 | scheduled for JULY 10, 2023, at 8:30 a.m., shall be continued until AUGUST 28, 2023, at 8:30
20 | a.m.
21 |     This continuance is necessary as counsel for Mr. Serna needs additional time to prepare
22 | for the sentencing hearing.
23 |     The parties stipulate that the time until the next hearing should be excluded from the
24 | calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are
25 | served by the court excluding such time, so that counsel for the defendant may have reasonable
26 | time necessary for effective preparation, taking into account the exercise of due diligence.  18
27 | U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served
28 | by granting this continuance outweigh the best interests of the public and the defendant in a

1

speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: July 7, 2023    Respectfully submitted,

/s/_____.
RICHARD A. BESHWATE, JR.
Attorney for Defendant,
EDDIE SERNA

Dated:  July 7, 2023    Respectfully submitted,

/s/_____
Stephanie Stockman
Assistant U.S. Attorney

**ORDER**

The sentencing hearing as to the above-named defendant currently scheduled for JULY 10, 2023, at 9:15 a.m., is continued until AUGUST 28, 2023, at 8:30 a.m. Time until the next hearing is excluded from the calculation of time under the Speedy Trial Act

IT IS SO ORDERED.

Dated:   July 7, 2023            _____
UNITED STATES DISTRICT JUDGE

2