RICHARD BESHWATE ATTORNEY AT LAW

1330 L STREET SUITE D

FRESNO ,CA 93721

Telephone: (559) 266-5000

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>EDDIE SERNA,<br><br>             Defendant. | CASE NO. 1:22-cr-00246-ADA SKO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br><br>**DATE: AUGUST 28, 2023**<br><br>**TIME: 8:30AM** |

**STIPULATION**

Defendant Eddie Serna, by and through his attorney, Richard Beshwate and the United States government through their attorney, AUSA Stephanie Stokman, hereby stipulate as follows:

1. This matter is set on calendar for August 28, 2023,
2. The Parties agree and stipulate to continue the sentencing hearing until September 25, 2023,
3. The parties agree to and stipulate to a resetting of the objection schedule,
4. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1

STIPULATION REGARDING REQUEST FOR CONTINUANCE OF SENTENCING HEARING

Dated: August 10, 2023

/s/ RICHARD BESHWATE
RICHARD BESHWATE
Counsel for Defendant
Eddie Serna

/s/ STEPHANIE STOKMAN

STEPHANIE STOKMAN
ASSISTANT UNITED STATES ATTORNEY

IT IS SO ORDERED.

Dated:   August 11, 2023

UNITED STATES DISTRICT JUDGE