Richard A. Beshwate Jr., Esq. (#179782)
The Law Offices of Richard A. Beshwate, Jr.
1330 L Street Suite D
Fresno, California 93721
Telephone: (559)-266-5000

Attorney for Defendant EDDIE SERNA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>EDDIE SERNA,<br><br>  Defendant. | No. 1:22-CR-00246 ADA SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF RICHARD BESHWATE, JR. AS ATTORNEY OF RECORD AND ORDER** |

On September 08, 2022, Defendant Eddie Serna was indicted on federal charges. CJA Panel Attorney Richard Beshwate was appointed as trial counsel to represent Mr. Serna on October 18, 2022 in his criminal case. Mr. Serna was sentenced pursuant to a plea agreement on September 25, 2023. The time for filing a direct appeal was October 9, 2023. No direct appeal was filed. Mr. Serna was in custody at sentencing Mr. Serna self-surrendered to the Bureau of Prisons as directed on September 25, 2023. The trial phase of Mr. Serna's criminal case has, therefore, come to an end. Having completed his representation of Mr. Serna, CJA attorney Richard Beshwate now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Serna further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330,

Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: 10/23/2023                         Respectfully submitted,


\s\Richard A. Beshwate , Jr.
Richard Beshwate, Attorney for
Defendant, Eddie Serna

**ORDER**

Having reviewed the notice and found that attorney Richard Beshwate has completed the services for which he was appointed, the Court hereby grants attorney Beshwate request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Eddie Serna at the following address and to update the docket to reflect Defendant's pro se status and contact information.

EDDIE SERNA 1605286/2222415
P.O. Box 872
Fresno, CA  93712

IT IS SO ORDERED.

Dated:    October 25, 2023

UNITED STATES DISTRICT JUDGE